**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **COMDATA, INC.,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **LOVE'S TRAVEL STOPS &** | : | |
| **COUNTRY STORES, INC.,** | : | **NO. 17-1372** |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 16th day of October, 2017, upon consideration of the Special Master's Report and Recommendation (Doc. No. 20, Exhibit A), Plaintiff's Motion to Adopt the Special Master's Report and Recommendation (Doc. No. 16), Defendant's Partial Joinder and Partial Opposition to Plaintiff's Motion to Adopt (Doc. No. 17), Defendant's Request for De Novo Review of Special Master's Report and Recommendation (Doc. No. 20), and Plaintiff's Opposition to Defendant's Objections to the Special Master's Report and Recommendation (Doc. No. 22), it is hereby **ORDERED** that:

1. Plaintiff's Motion to Adopt (Doc. No. 16) is **GRANTED**.

2. The Report & Recommendation (Docket No. 20, Exhibit A) is **APPROVED** and **ADOPTED**.

3. The Clerk of Court is **DIRECTED** to file the Report and Recommendation, which is attached as Exhibit A to Document Number 20, **UNDER SEAL.**

4. Summary judgment is **GRANTED** for Plaintiff.

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE